UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAMON S. BENTLEY,<br>　　　Plaintiff, | Case No. 25-cv-10073 |
| v. | Judith E. Levy<br>United States District Judge |
| MCCAVE,<br>　　　Defendant.<br>_____/ | Curtis Ivy, Jr.<br>United States Magistrate Judge |

**ORDER GRANTING DEFENDANT'S MOTION TO TAKE PLAINTIFF'S DEPOSITION (ECF No. 18)**

　　Defendant McCave moved for leave to depose Plaintiff on July 7, 2025. (ECF No. 18). The motion is **GRANTED** as it complies with Fed. R. Civ. P. 30(a)(2), which requires leave of the Court to depose an incarcerated individual. Plaintiff did not oppose the motion. The Michigan Department of Corrections is ordered to produce Plaintiff for his deposition. The deposition must take place at a date and time agreed upon by the parties and the correctional facility. The deposition may occur in person, by telephone, or by video teleconference.

**IT IS SO ORDERED.**

　　The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).

Date: August 1, 2025                    s/Curtis Ivy, Jr.
                                                  Curtis Ivy, Jr.
                                                  United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

     The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on August 1, 2025.

                                                    s/Sara Krause
                                                    Case Manager
                                                    (810) 341-7850