UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAMON S. BENTLEY,<br>　　　Plaintiff, | Case No. 25-cv-10073 |
| v. | Judith E. Levy<br>United States District Judge |
| MCCAVE,<br>　　　Defendant.<br>_____/ | Curtis Ivy, Jr.<br>United States Magistrate Judge |

### ORDER ON PLAINTIFF'S MOTION TO USE INTERROGATORIES AND REQUESTS FOR ADMISSION (ECF No. 29)

Plaintiff sought leave to take Defendant's deposition by written question. (ECF No. 21). That motion was granted, but the Court explained to Plaintiff the process and expense of a deposition by written question. (ECF No. 28). The Court reminded Plaintiff that he has other less expensive tools of discovery such as interrogatories, requests for admission, and requests for production of documents available to him. On September 29, 2025, he conceded that he could not take the deposition by written question but sought leave to serve on Defendant interrogatories and requests for admission. (ECF No. 29). This motion is **DENIED AS MOOT**. While the discovery period is open, Plaintiff does not need the Court's permission to serve discovery requests on another party. But he must serve those requests on the party he wants answers from by mailing them or emailing them to Defendant's attorney. Defendant's attorney's contact

information is included in her signature on each of the response briefs mailed to Plaintiff. Plaintiff cannot serve a discovery request by filing it on the docket.

**IT IS SO ORDERED.**

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: October 6, 2025            s/Curtis Ivy, Jr.
                                 Curtis Ivy, Jr.
                                 United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on October 6, 2025.

s/Sara Krause
Case Manager
(810) 341-7850
