## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Damon S. Bentley,

|  |  |  |
|---|---|---|
|  | Plaintiff, | Case No. 25-cv-10073 |
| v. |  | Judith E. Levy<br>United States District Judge |
| McCave, |  |  |
|  |  | Mag. Judge Curtis Ivy, Jr. |
|  | Defendant. |  |

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION [36]</u>

Before the Court is Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation (ECF No. 36) recommending that the Court (1) dismiss the action under Federal Rule of Civil Procedure 41(b) and (2) deny as moot Plaintiff Damon S. Bentley's motion to compel (ECF No. 31) and Defendant Troy McCave's motion for summary judgment. (ECF No. 32.) The parties were required to file specific written objections, if any, within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 36) is ADOPTED;

The action is DISMISSED under Rule 41(b); and

Plaintiff's motion to compel (ECF No. 31) and Defendant's motion for summary judgment (ECF No. 32) are DENIED AS MOOT.[1]

IT IS SO ORDERED.

Dated: June 16, 2026          s/Judith E. Levy
    Ann Arbor, Michigan        JUDITH E. LEVY
                         United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 16, 2026.

                         s/William Barkholz
                         WILLIAM BARKHOLZ
                         Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019).